UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN PARSONS,<br>    Plaintiff,<br>vs.<br><br>CHARLES WILLINGHAM and<br>KRISTIN TRIMBLE,<br>    Defendants. | )<br>)<br>) No. 3:17-CV-2056-B-BH<br>)<br>)<br>)<br>) Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the plaintiff's complaint will be DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(B)(i).

If the plaintiff files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

SIGNED this 28th day of November, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE